THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MILLER, Appellant.

Submitted February 7, 2005; decided February 10, 2005

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.